# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 14-2133

———————————————

United States of America

*Plaintiff - Appellee*

v.

Adan Zarate-Cobain

*Defendant - Appellant*

————————

Appeal from United States District Court
for the District of Nebraska - Lincoln

————————

Submitted: October 22, 2014
Filed: October 23, 2014
[Unpublished]

————————

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

————————

PER CURIAM.

Adan Zarate-Cobain directly appeals the below-Guidelines-range sentence the district court[1] imposed after he pled guilty to a drug charge. His counsel has filed a

———————————————

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of Zarate-Cobain's sentence. In addition, counsel seeks leave to withdraw.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (describing appellate review of sentencing decisions); *United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009) (where district court varied downward from Guidelines range, it was "nearly inconceivable" that court abused its discretion in not varying downward further). Finally, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____